UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GEORGE KROUSTALLIS et al.,

                Plaintiffs,

    -against-

THE CITY OF NEW YORK,

                Defendant.

------------------------------------- x

ORDER

16 Civ. 8421 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for February 21, 2020 at 9:45 am is canceled.

Dated: New York, New York
      February 13, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge