**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

GEORGE KROUSTALLIS et al.,

         Plaintiffs,

  -against-

THE CITY OF NEW YORK,

         Defendant.

------------------------------------- x

ORDER

16 Civ. 8421 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from May 6, 2020 to July 8, 2020 at 9:45 am.

Dated: New York, New York
   April 21, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge