UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
GEORGE KROUSTALLIS et al.,

                          Plaintiffs,

    -against-

THE CITY OF NEW YORK,

                         Defendant.

------------------------------------- x

ORDER

16 Civ. 8421 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from July 8, 2020 to August 26, 2020 at 9:45 am.

Dated: New York, New York
       June 30, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge