UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
GEORGE KROUSTALLIS et al.,

                             Plaintiffs,

    -against-

THE CITY OF NEW YORK,

                             Defendant.
------------------------------------ x

ORDER

16 Civ. 8421 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference is adjourned from August 26, 2020 to October 28, 2020 at 9:45 am.

Dated: New York, New York
       August 24, 2020

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge