UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

GEORGE KROUSTALLIS et al.,

                          Plaintiffs,

    -against-

THE CITY OF NEW YORK,

                          Defendant.

------------------------------------ x

<u>ORDER</u>

16 Civ. 8421 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 5 2021

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from April 14, 2021 to June 2, 2021 at 9:45 am.

Dated: New York, New York
       April 5, 2021

SO ORDERED.

*[Signature]*

GEORGE B. DANIELS
United States District Judge