UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE KROUSTALLIS, ANTHONY ALMOJERA, DONALD BROWNE, BARRET HIRSCH, and VINCENT VARIALE, *on behalf of themselves and all other persons similarly situated who were employed by the City of New York Fire Department*,

      Plaintiffs,

-against-

THE CITY OF NEW YORK; THE CITY OF NEW YORK FIRE DEPARTMENT; DANIEL A. NIGRO, *as Commissioner of the New York City Fire Department*,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

16 Civ. 8421 (GBD)

This document relates to:

- 1:17-cv-00492-GBD, *Smyth v. The City of New York*
- 1:16-cv-09971-GBD, *Henry et al v. The City of New York*

GEORGE B. DANIELS, United States District Judge:

  The status conference scheduled for July 27, 2022 is adjourned to September 28, 2022 at 9:45 a.m.

Dated: July 25, 2022
   New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge