UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE KROUSTALLIS, ANTHONY ALMOJERA, DONALD BROWNE, BARRET HIRSCH, and VINCENT VARIALE, *on behalf of themselves and all other persons similarly situated who were employed by the City of New York Fire Department*,

                 Plaintiffs,

-against-

THE CITY OF NEW YORK; THE CITY OF NEW YORK FIRE DEPARTMENT; DANIEL A. NIGRO, *as Commissioner of the New York City Fire Department*,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

16 Civ. 8421 (GBD)

This document relates to:

- 1:17-cv-00492-GBD, *Smyth v. The City of New York*
- 1:16-cv-09971-GBD, *Henry et al v. The City of New York*

GEORGE B. DANIELS, United States District Judge:

At the parties' request, the status conference scheduled for September 28, 2022 is adjourned to November 30, 2022 at 9:45 a.m.

The Clerk of Court is directed to close the option motions at ECF No. 105 in Case No. 16 Civ. 8421, ECF No. 111 in Case No. 16 Civ. 9971, and ECF No. 99 in Case No. 17 Civ. 492.

Dated: September 28, 2022
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge