UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

GEORGE KROUSTALLIS, ANTHONY
ALMOJERA, DONALD BROWNE, BARRET
HIRSCH, and VINCENT VARIALE, *on behalf of themselves and all other persons similarly situated who were employed by the City of New York Fire Department*,

                 Plaintiffs,

-against-

THE CITY OF NEW YORK; THE CITY OF
NEW YORK FIRE DEPARTMENT; DANIEL A.
NIGRO, *as Commissioner of the New York City Fire Department*,

                 Defendants.

------------------------------------ x

ORDER

16 Civ. 8421 (GBD)

This document relates to:

- 1:17-cv-00492-GBD, *Smyth v. The City of New York*
- 1:16-cv-09971-GBD, *Henry et al v. The City of New York*

GEORGE B. DANIELS, United States District Judge:

    At the parties' request, the status conference scheduled for November 30, 2022 is adjourned to January 4, 2023 at 10:30 a.m.

Dated: November 29, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge