UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GEORGE KROUSTALLIS, ANTHONY
ALMOJERA, DONALD BROWNE, BARRET
HIRSCH, and VINCENT VARIALE, *on behalf of
themselves and all other persons similarly situated
who were employed by the City of New York Fire
Department*,

                    Plaintiffs,

         -against-

THE CITY OF NEW YORK; THE CITY OF
NEW YORK FIRE DEPARTMENT; DANIEL A.
NIGRO, *as Commissioner of the New York City
Fire Department*,

                    Defendants.

------------------------------------- x

ORDER

16 Civ. 8421 (GBD)

This document relates to:

    *Henry et al v. The City of New York*, 16-cv-09971-GBD
    *Smyth v. The City of New York*, 17-cv-00492-GBD

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for May 24, 2023 is adjourned to June 27, 2023 at 10:30 a.m.

Dated: May 22, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE