UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
GEORGE KROUSTALLIS, ANTHONY :
ALMOJERA, DONALD BROWNE, BARRET :
HIRSCH, and VINCENT VARIALE, *on behalf of* :
*themselves and all other persons similarly situated* :
*who were employed by the City of New York Fire* :
*Department*, :
                   Plaintiffs, :
                                                 :     ORDER
       -against- :
                                                   :     16 Civ. 8421 (GBD)
THE CITY OF NEW YORK; THE CITY OF :
NEW YORK FIRE DEPARTMENT; DANIEL A. :
NIGRO, *as Commissioner of the New York City* :
*Fire Department*, :
                   Defendants. :
------------------------------------ x

This document relates to:

    *Henry et al v. The City of New York*, 16-cv-09971-GBD
    *Smyth v. The City of New York*, 17-cv-00492-GBD

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for June 27, 2023 is adjourned to September 27, 2023 at

10:30 a.m.

Dated: June 26, 2023                         SO ORDERED.
       New York, New York

                                                          GEORGE B. DANIELS
                                                          United States District Judge