

# VIRGINIA & AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082
www.vandallp.com

**James Emmet Murphy**
Direct: (212) 571-2527
jmurphy@vandallp.com

November 6, 2023

**SO ORDERED**

**VIA ECF**
Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

NOV 0 7 2023

The conference for November 8, 2023, is adjourned to January 9, 2024, at 10:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Re: Kroustallis, et al. v. City of New York, et al.
16 Civ. 8421 (GBD)
Smyth, et al. v. City of New York, et al.
17 Civ. 492 (GBD)
Henry, et al. v. City of New York, et al.
16 Civ. 9971 (GBD)

Dear Judge Daniels:

This firm is counsel to Plaintiffs in the above referenced related actions. I write, on consent of all parties, to request an adjournment of the scheduled November 8, 2023 conference. The parties have agreed to a settlement in the Kroustallis action, and anticipate filing a motion to approve the settlement by Monday, November 20, 2023. In light of the Kroustallis settlement, the parties are endeavoring to resolve the outstanding issues in the Smythe and Henry actions with the assistance of mediator Anthony DiCaprio, and anticipate settling those actions as well after the motion for approval of the Kroustallis settlement is filed.

Respectfully submitted,

/s/
James Emmet Murphy

cc: Ivan Mendez, Esq. (via ECF)

1