UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GEORGE KROUSTALLIS, ANTHONY
ALMOJERA, DONALD BROWNE, BARRET
HIRSCH, and VINCENT VARIALE, *on behalf of themselves and all other persons similarly situated who were employed by the City of New York Fire Department*,

                         Plaintiffs,

          -against-

THE CITY OF NEW YORK; THE CITY OF
NEW YORK FIRE DEPARTMENT; DANIEL A.
NIGRO, *as Commissioner of the New York City Fire Department*,

                         Defendants.

------------------------------------- x

ORDER
16 Civ. 8421 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The parties in this FLSA action have reached a settlement and jointly request this Court's approval. (ECF No. 123.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and their joint letter for settlement approval, hereby GRANTS the parties' request and FURTHER ORDERS that:

1. The settlement agreement in the amount of $1,760,000.00, which does not include attorneys' fees and costs, is approved; and

2. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement. This Court shall retain jurisdiction for purposes of enforcement of the settlement agreement.

      The Clerk of Court is hereby directed to close this case.

Dated: March 4, 2024
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge